IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CONGYING ZHENG                          :
                                        :
                Petitioner,             :    3:26-cv-1538
                                        :    (JUDGE MARIANI)
        v.                              :
                                        :
ANGELA HOOVER, WARDEN                    :
CLINTON COUNTY                          :
CORRECTIONAL FACILITY, *et al.*,        :
                                        :
                                        :
                Respondents.            :

## ORDER

AND NOW, THIS ___ DAY OF JUNE 2026, upon consideration of Petitioner

Congying Zheng's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. 1),

Respondents' response, (Doc. 8), and for the reasons set forth in the accompanying

memorandum opinion, **IT IS HEREBY ORDERED THAT**:

1.  Petitioner's habeas petition is **DENIED**.

2.  The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Robert D. Mariani
United States District Judge